# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | Criminal No. 08-771 (JAG) |
| v. : | |
| TERRENCE MOSLEY, : | **ORDER** |
| Defendant. : | |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the motion by Defendant, Terrence Mosley, ("Defendant"), to dismiss the indictment, with prejudice, pursuant to 18 U.S.C. § 3162.  This Court having reviewed the submissions of the parties, and for the reasons set forth in this Court's opinion,

IT IS on this 9th day of October, 2009,

ORDERED that Defendant's motion to dismiss the indictment, with prejudice (Docket Entry No. 24), is denied; and it is further

ORDERED that the indictment is dismissed, without prejudice; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

                                                                     S/Joseph A. Greenaway, Jr.
                                                                     JOSEPH A. GREENAWAY, JR., U.S.D.J.